UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROMESHA BIRDSONG,
on behalf of herself and all
others similarly situated,

          Plaintiff,

v.

Case No. 23-cv-1057-bhl

ALLIANCE SERVICES, INC.,

          Defendant.

---

## ORDER GRANTING FINAL APPROVAL OF
## COLLECTIVE AND CLASS ACTION SETTLEMENT

---

On July 9, 2025, the parties filed their Joint Motion for Preliminary Settlement Approval (ECF No. 31) and their fully executed Settlement Agreement and Release, (ECF No. 31-1), in this dual Federal Rule of Civil Procedure 23 class action and Fair Labor Standards Act (FLSA) collective action. On July 10, 2025, the Court granted preliminary approval in part and scheduled a final fairness hearing. (ECF No. 34.)

On September 17, 2025, the plaintiff filed a Joint Motion for Final Settlement Approval, (ECF No. 40), Plaintiff's Motion for Approval of Service Award, (ECF No. 39), and Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 37).

On September 25, 2025, the Court conducted a Fairness Hearing on the parties' request for final approval of their Settlement Agreement and determined that the settlement in this matter, Plaintiff's counsel's attorneys' fees and case-related costs and expenses, and Plaintiff's service award are fair and reasonable. Based on the parties' submissions and the representations of counsel, the Court **FINDS**:

    1    The Settlement Agreement is a fair, reasonable, and adequate resolution pursuant to Fed. R. Civ. P. 23(e).

    2.    The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. Plaintiff Romesha Birdsong's service award in the amount of $1,500.00 is reasonable.

4. Plaintiff's request for attorneys' fees and case-related costs and expenses in the amount of $23,125.00 is reasonable.

**IT IS THEREFORE ORDERED**:

1. The Wisconsin Wage Payment and Collection Laws (WWPCL) Class is certified pursuant to Fed. R. Civ. P. 23 and the FLSA Collective is certified pursuant to 29 U.S.C. § 216(b).

2. The parties' Joint Motion for Final Settlement Approval, (ECF. No. 40), is **GRANTED** and the parties' Settlement Agreement and Release, (ECF No. 31-1), is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

3. Named Plaintiff Romesha Birdsong is appointed as Class Representative for the WWPCL Class and FLSA Collective.

4. Walcheske & Luzi, LLC is appointed as counsel for the settlement class.

5. The Settlement Agreement is binding on Plaintiff, Defendant, and all settling Plaintiffs.

6. Plaintiff's Motion for Approval of Service Award, (ECF No. 39), is **GRANTED** and Plaintiff Romesha Birdsong's Service Award of $1,500.00 is hereby **APPROVED**.

7. Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 37), is **GRANTED** and counsel's requested award of attorneys' fees and case-related costs and expenses in the total amount of $23,125.00 is hereby **APPROVED.**

8. The Settlement Class Members' released claims are dismissed with prejudice.

9. The wage claims of the putative collective members who did not timely submit their written consent to join forms are dismissed without prejudice.

10. The wage claims of the putative class members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement are dismissed without prejudice.

11. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

**SO ORDERED** on September 25, 2025.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge